UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mauro Flores,

        Plaintiff,

Case No. 16-cv-1860 ADM/FLN

v.

ORDER

Kevin Moser et al.,

        Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 7, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that the Defendants' motion to dismiss (ECF No. 8) is **DENIED as moot**.

DATED: March 29, 2017

        s/Ann D. Montgomery
        Ann D. Montgomery
        United States District Court Judge